Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT

SEP 26 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ____ rsm ____ DEPUTY

Case Number **2:24-CR-00570-WLH**          Defendant Number __12__

U.S.A. v. MICHAEL VITANZA          Year of Birth  1988

☑ Indictment          ☐ Information          Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   Unknown - September 2024

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☑ Ventura

☐ Orange             ☐ Santa Barbara

☑ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of Offense   21 U.S.C. § 846;

18 U.S.C. § 922(g)(1), 924(c)(1)(A)(i)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No      ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: N/A

Case Number:  N/A

Assigned Judge:  N/A

Charging: N/A

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   ☑ No   ☐ Yes

IF YES, provide Name:  N/A

Phone Number:  N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☑ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☑ Yes*          ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*          ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes          ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male        ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    Suspect    _____

_____

This defendant is charged in:

☐ All counts

☑ Only counts:  2, 60, 61, 67, 72, 76  _____

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud    ☐ tax offenses

☐ environmental issues    ☑ mail/wire fraud

☑ narcotics offenses    ☐ immigration offenses

☑ violent crimes/firearms    ☐ corporate fraud

☐ Other    _____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:    _____

b. Posted bond at complaint level on:    _____

in the amount of $    _____

c. PSA supervision?    ☐ Yes    ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution:    _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:    ☐ Yes    ☐ No

IF YES:    ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes    ☐ No

IF YES:    ☐ State    ☐ Federal    AND

Name of Court:    _____

Date transferred to federal custody:    _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.    _____ 20    _____ 21    _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:    _____

_____

_____

Date    09/26/2024    _____

_Jeremiah Levine_ (signature)
Signature of Assistant U.S. Attorney

Jeremiah Levine    _____
Print Name