```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                              OCT - 2 2024

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:24-cr-00570-WLH |
| v. | |
| Claire Patricia Haviland | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, __Claire Patricia Haviland__, declare that
(Defendant/Material Witness)

[X] I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

[ ] My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __2nd__ day of __October__, 20__24__
at __Los Angeles, California__
       (City and State)

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____     _____
                                 Interpreter