**EDWARD M. ROBINSON (CA Bar 126244)**
21515 Hawthorne Blvd, Suite 200
Torrance, CA 90503
Office: (310) 316-9333
Facsimile: (310) 316-6442
eroblaw@gmail.com

Attorneys for Defendants
*William Scott Pollay*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM SCOTT POLLAY,

Defendant.

Case No. 24-cr-00570-WLH-33

**DEFENDANT'S EXHIBIT D IN SUPPORT OF SENTENCING MEMORANDUM**

DATE: June 26, 2026
TIME: 8:30 a.m.
Courtroom of the
Honorable Judge Wesley L. Hsu

Attached please find exhibit D in support of Defendant's Sentencing memorandum.

DATED: June 23, 2026

By */s/ Edward M. Robinson*

Edward M. Robinson
Attorney for Defendant
*William Scott Pollay*

HONORABLE JUDGE HSU,

I AM GRATEFUL TO THE COURT FOR ALLOWING ME TO TAKE A BRIEF MOMENT OF YOUR TIME TO SPEAK ON MY BEHALF. AS YOU CAN SEE, I DO NOT HAVE ANY FAMILY HERE TODAY TO SUPPORT ME. I'M NOT GOING TO SIT HERE AND MAKE EXCUSES OR POINT THE FINGER BECAUSE I, ALONE, AM THE REASON I'M HERE AND ACCEPT FULL RESPONSIBILITY. I WOULD LIKE TO TAKE THIS TIME TO LET YOU KNOW HOW I GOT HERE AND HOW I PLAN TO CHANGE MOVING FORWARD. I WAS BROUGHT UP IN AN ABUSIVE HOUSEHOLD. MY PARENTS WERE ALCOHOLICS AND DRANK DAILY. MY FATHER OFTEN BECOME VIOLENT AFTER DRINKING ALL DAY AT WORK. HE WOULD COME HOME AND HAD NO PROBLEM SMACKING MY MOM AROUND IN FRONT OF US KIDS. IT WAS SO SCARY AND SINCE I COULD DO NOTHING ABOUT IT I WOULD BE AFRAID TO COME HOME. AROUND THIS TIME I STARTED SMOKING WEED TO EASE THE ANXIETY THIS CAUSED. EVENTUALLY MY MOM DIVORCED HIM AND OVERNITE SHE BECAME A SINGLE WOMAN WITH THREE TEENAGE BOYS. SHE WAS FORCED TO WORK CONSTANTLY AND I STARTED TO ACT OUT MORE WITH NO FATHER-FIGURE AROUND. AFTER HIGH SCHOOL, SHE MADE IT CLEAR SHE COULD NOT AFFORD ME TO STAY WITH HER AND KICKED ME OUT OF HER HOUSE. AT EIGHTEEN I WAS JOBLESS, HOMELESS AND BROKE ALMOST OVERNITE. COMPLETELY UNPREPARED FOR THE WORLD, I WOULD ATTEMPT TO SUPPORT MYSELF BY STEALING AND KEPT GETTING INTO TROUBLE. I HAD NO IDEA OF THE VALUE OF A GOOD JOB OR HOW TO PROPERLY SUPPORT MYSELF. EVENTUALLY I STUMBLED UPON SELLING DRUGS. THE NEXT STEP IN THE SAME OLD STORY WAS PRISON. PRISON WAS A COMPLETELY NEW WORLD WITH GANGS, HARDCORE DRUGS AND EXTREME VIOLENCE. I WAS ASKED TO JOIN A FEW DIFFERENT GANGS, BUT MOST GANGS FOR WHITES ARE BASED AROUND RACE. SOME OF MY CLOSEST FRIENDS ARE AFRICAN AMERICAN AND LATINO AND I COULD NOT BRING MYSELF TO FOLLOW THE RACIST GANG DOCTRINE. THOUGH I AVOIDED THE GANG LIFE, I DID MAKE THE BIGGEST MISTAKE OF MY LIFE IN PRISON. I STARTED USING HEROIN. THIS ADDICTION FOLLOWED ME EVEN AFTER MY RELEASE FROM PRISON AND FOUND IT'S WAY INTO EVERY ASPECT OF MY LIFE. I GOT INTO A SERIOUS RELATIONSHIP WITH A GIRL AND WE ENDED UP HAVING A BABY TOGETHER. BEING DRUG ADDICTS WITH A CHILD, IT WAS INEVITABLE THAT "DCFS" TOOK HER AWAY WHEN WE WERE ARRESTED. I WAS IN NO POSITION TO TAKE CARE OF A CHILD AS I COULDN'T EVEN TAKE CARE OF MYSELF. SO I DID THE NEXT BEST THING AND PUT HER IN THE CARE OF SOMEONE WHO COULD PROVIDE FOR HER. AFTER 18 MONTHS, WE GAVE UP OUR PARENTAL RIGHTS TO OUR DAUGHTER AND GAVE FULL CUSTODY TO AN AUNT. I WENT TO PRISON AGAIN. I NEEDED TO END THIS CYCLE OF RETURNING TO PRISON SO WHEN I WAS RELEASED

I REACHED OUT TO MY BEST FRIEND WHO IS A DRUG COUNSELOR. HE HELPED ME GET INTO "BETTA SHUBA" A DRUG PROGRAM RUN BY HIS JEWISH SYNAGOGUE. I COMPLETED THE PROGRAM AND THEY EVEN HELPED ME GET A JOB. IT SEEMED LIKE I WAS FINALLY GOING TO GET MY LIFE ON TRACK. HOWEVER, SHORTLY AFTER I STARTED WORKING, I WAS INVOLVED IN A MOTORCYCLE ACCIDENT THAT ALMOST ENDED MY LIFE. I WAS HEAVILY DRUGGED WHILE I WAS IN THE HOSPITAL. UPON RELEASE, I RAN OUT OF PAIN PILLS AND MY INSURANCE WOULD NOT COVER ANYTHING FURTHER. SO BEHIND EVERYONE'S BACK I STARTED USING HEROIN AGAIN. THREE MONTHS AFTER MY 41 ST. BIRTHDAY I WENT TO VISIT A FRIEND OUT IN VENTURA. ALL I REMEMBER WAS WAKING UP IN VENTURA MEMORIAL HOSPITAL. DOCTORS TOLD ME I HAD A HEART ATTACK AND THEY HAD DONE EMERGENCY SURGERY TO INSTALL A STINT IN MY HEART. I WILL BE ON BLOOD THINNERS AND CHOLESTEROL PILLS FOR THE REMAINDER OF MY LIFE. THIS WAS THE SECOND TIME GOD HAD A CHANCE TO TAKE ME AND DID NOT. IT WAS MY WAKE UP CALL. I QUIT SMOKING, STARTED WATCHING MY DIET AND HAVE BEEN ON THE "MAT" PROGRAM FOR THE LAST THREE YEARS. I'VE EVEN MANAGED TO JOIN A COGNITIVE BASED THERAPY PROGRAM WHILE INCARCERATED CALLED "NRDAP". THESE INVALUABLE PROGRAMS HAVE PROVIDED ME THE SELF-CONFIDENCE TO EVEN BEGIN A RELATIONSHIP WITH MY DAUGHTER. I KNOW I HAVE A LONG WAY TO GO BUT IT IS DEFINITELY WORTHWHILE IF I CAN HELP HER AVOID SOME OF THE PITFALLS CAUSED BY MY POOR CHOICES IN LIFE. I HAVE USED THE TIME INCARCERATED THINKING ABOUT ALL THE MISTAKES THAT LED ME HERE AND I WISH TO MOVE FORWARD USING THIS REFLECTION ON MY LIFE AND FINALLY BREAK AWAY FROM THE DESTRUCTIVE CYCLE THAT ADDICTION HAS BROUGHT UPON ME. I WOULD RESPECTFULLY REQUEST THE COURT TO ALLOW ME TO CONTINUE MY PROGRESS BY PROVIDING ME THE OPPORTUNITY TO COMPLETE THE "RDAP" PROGRAM WHEN I AM SENT TO PRISON FOR THE LAST TIME.

RESPECTFULLY,

William Pollay.