# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING

| Case No.: | 2:24-cr-00570-WLH-33 | Date: | June 26, 2026 |
|---|---|---|---|

Present: The Honorable **WESLEY L. HSU, UNITED STATES DISTRICT JUDGE**

Interpreter N/A

| Claudia Garcia-Marquez | CourtSmart | Bruce K. Riordan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 33. William Scott Pollay | **X** | **X** | | 33. Edward M. Robinson | **X** | **X** | |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary ☐ Contested

**X** Refer to separate Judgment & Probation/Commitment Order.

**X** Defendant informed of right to appeal.

**X** Defendant is ordered remanded to the custody of the United States Marshal Service.

cc: BOP, USPO, USM

00 : 53

Initials of Deputy Clerk CGM