# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING

| | | | |
|---|---|---|---|
| Case No.: | 2:24-cr-00570-WLH-10 | Date: | July 31, 2026 |

| | |
|---|---|
| Present: The Honorable | **WESLEY L. HSU, UNITED STATES DISTRICT JUDGE** |
| Interpreter | N/A |

| | | |
|---|---|---|
| Claudia Garcia-Marquez | CourtSmart | Reema M El-Amamy |
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 10. Colin Nicholas Slack | X | X | | 10. Mark M Kassabian, CJA | X | X | |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary ☐ Contested

**X** Refer to separate Judgment & Probation/Commitment Order.

**X** The Court grants the Government's motion to dismiss Count Three of the Indictment as to this defendant only.

**X** Defendant informed of right to appeal.

**X** Defendant is ordered remanded to the custody of the United States Marshal.

cc: BOP, USPO, USM

| | |
|---|---|
| | 00 : 55 |
| Initials of Deputy Clerk | CGM |